IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 21-1772 |
| PROPERTY LOCATED AT 2805 CUSTER AVENUE, PITTSBURGH, PA 15227 | [UNDER SEAL] |

MOTION TO SEAL SEARCH WARRANT

AND NOW comes the United States of America by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said District and respectfully moves the Court to issue an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court.  In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing criminal investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By:   /s/Jonathan D. Lusty
JONATHAN D. LUSTY
Assistant United States Attorney
PA ID No. 311180