IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 21-1772 |
| PROPERTY LOCATED AT 2805 CUSTER AVENUE, PITTSBURGH, PA 15227 | [UNDER SEAL] |

ORDER

AND NOW, to wit, this 30th day of August, 2021, upon consideration of the Motion to Seal Search Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that any and all papers filed in the above-captioned matter, together with this Motion and Order to Seal issued at Magistrate No. 21-1772 are hereby SEALED until further Order of Court.

HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE

cc:   United States Attorney