IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF THE RESIDENCES LOCATED AT: | |
| 41 HORSESHOE DRIVE, REYNOLDSVILLE, PA 15851; | Magistrate No. 21-1765 |
| 44 HORSESHOE DRIVE, REYNOLDSVILLE, PA 15851; | Magistrate No. 21-1766 |
| 1602 SALEM ROAD, DUBOIS, PA 15801; | Magistrate No. 21-1767 |
| 221 VAN NESS STREET, SYKESVILLE, PA 15865; | Magistrate No. 21-1768 |
| 1957 CLARK ROAD, OLANTA, PA 16863; | Magistrate No. 21-1769 |
| 232 SEABRIGHT STREET, PITTSBURGH, PA 15214; | Magistrate No. 21-1770 |
| 2915 POTOMAC AVENUE, PITTSBURGH, PA 15216; | Magistrate No. 21-1771 |
| 2805 CUSTER AVENUE, PITTSBURGH, PA 15227; | Magistrate No. 21-1772 |
| 3582 ROUTE 219, BROCKWAY, PA 15824. | Magistrate No. 21-1773 |

## MOTION TO UNSEAL SEARCH WARRANTS

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said district, and sets forth the following:

On August 30, 2021, Search Warrants were issued in the above-captioned cases.

The Search Warrants, Affidavits and Returns were then ordered sealed pending searches of the above-captioned locations.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrants, Affidavits and Returns, due to the fact that the searches have been executed, and there is no further need for the Search Warrants, Affidavits and Returns to remain sealed.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney


By:    *s/Jonathan D. Lusty*
       JONATHAN D. LUSTY
       Assistant U.S. Attorney
       PA ID No. 311180