IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF THE RESIDENCES LOCATED AT: | |
| 41 HORSESHOE DRIVE, REYNOLDSVILLE, PA 15851; | Magistrate No. 21-1765 |
| 44 HORSESHOE DRIVE, REYNOLDSVILLE, PA 15851; | Magistrate No. 21-1766 |
| 1602 SALEM ROAD, DUBOIS, PA 15801; | Magistrate No. 21-1767 |
| 221 VAN NESS STREET, SYKESVILLE, PA 15865; | Magistrate No. 21-1768 |
| 1957 CLARK ROAD, OLANTA, PA 16863; | Magistrate No. 21-1769 |
| 232 SEABRIGHT STREET, PITTSBURGH, PA 15214; | Magistrate No. 21-1770 |
| 2915 POTOMAC AVENUE, PITTSBURGH, PA 15216; | Magistrate No. 21-1771 |
| 2805 CUSTER AVENUE, PITTSBURGH, PA 15227; | Magistrate No. 21-1772 |
| 3582 ROUTE 219, BROCKWAY, PA 15824. | Magistrate No. 21-1773 |

O R D E R

AND NOW, to wit, this ___ day of September, 2021, it appearing to the Court that the searches of the above-captioned locations have been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Search Warrants, Affidavits and Returns remain sealed,

IT IS HEREBY ORDERED that the Search Warrants, Affidavits and Returns filed at the above numbers and sealed on August 30, 2021, are hereby UNSEALED.

 

HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE

cc:   Jonathan D. Lusty, Assistant U.S. Attorney